TORGAN & COOPER, P.C.
Evan Torgan, Esq. (ET-2626) (etorgan@torgancooper.com)
17 State Street, 39th Floor
New York, NY  10004
(212) 232-2500
fax: (212) 232-2509
Attorneys for Claimant DAVID BERNSTEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT,                    10 Civ. 7610 (NRB)
                                :
            OF
                                :     **AFFIDAVIT OF SERVICE**
IVAN GOODSTEIN, as owner of a 2009
YAMAHA Personal Watercraft motor vessel,           :
for exoneration from or limitation
of liability,                   :

            Petitioner.         :
----------------------------------------------------------------- x

                      Respectfully submitted,

                      TORGAN & COOPER, P.C.

                      By: _____
                             Evan Torgan (ET-2626)
                      Attorneys for Claimant DAVID BERNSTEIN
                      17 State Street, 39th Floor
                      New York, NY  10004
                      (212) 232-2500
                      fax: (212) 232-2509

TO: **Via ECF**
     RUBIN, FIORELLA & FRIEDMAN LLP
     Attorneys for Plaintiff/Petitioner
     292 Madison Avenue, 11th Floor
     New York, NY  10017
     (212) 953-2381

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Ana R. Nova, being duly sworn, deposes and says: Deponent is not a party to this action, is over eighteen years of age and maintains a place of business at 17 State Street, 39th Floor, New York, New York 10004.

    That on November 23, 2010, deponent served the within *Claim of David Bernstein Trial By Jury Demand* upon the following:

        Rubin, Fiorella & Friedman LLP
        292 Madison Avenue – 11th Floor
        New York, New York 10017

    by depositing a true copy of same, enclosed in a first class post paid wrapper, addressed to the above attorneys at the designated address in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                      _____
                                      Ana R. Nova

Sworn to before me this
23rd day of November, 2010

_____
Notary Public

        **JOSEPH MANGAN**
    **Notary Public, State of New York**
        No. 01MA6224867
      Qualifed in New York County
  **Commission Expires July 19, 20__**