```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In the Matter of the Complaint
        of
IVAN GOODSTEIN, as owner of a              ORDER
2009 Yamaha personal watercraft
motor vessel for exoneration from          10 Civ. 7610 (NRB)
or limitation of liability,


                   Petitioner.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on December 20, 2010, the Court held an Initial Pretrial Conference; and

**WHEREAS** at the above-mentioned conference, counsel for Petitioner Ivan Goodstein ("Petitioner") and counsel for Claimant David Bernstein ("Claimant") confirmed that both Petitioner and Claimant are resident in the Eastern District of New York; and

**WHEREAS** Petitioner alleges that the incident at issue occurred in the Eastern District of New York, a fact which counsel for Claimant does not dispute; it is hereby

**ORDERED** that the Clerk of the Court is directed, pursuant to Rule F(9) of the Supplemental Rules for Admiralty or Maritime Claims, to transfer the case forthwith to the Eastern District of New York.

Dated:   New York, New York
         December 21, 2010

                                    /s/ Naomi Reice Buchwald
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Petitioner**
Patrick J. Corbett
Rubin, Fiorella & Friedman LLP
292 Madison Avenue, 11th Floor
New York, NY 10001

**Attorney for Claimant**
Mitchell K. Aaron
Torgan & Cooper, P.C.
17 State Street, 39th Floor
New York, NY 10004